FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 2 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHERYL JANE FOLLOWELL, as
EXECUTRIX OF THE ESTATE OF
BETTY JEAN GURLEY, ET AL.                                   PLAINTIFFS

vs.                    CASE NO. **4:07CV00225WRW**

UNITED STATES OF AMERICA                                    DEFENDANT

## JUDGMENT

In accordance with the Order entered this date, the complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE